UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>*ex rel* THEODORE and<br>VERONICA ARVEN<br><br>Plaintiffs,<br>v.<br><br>THE VIRGINIA BIRTH-RELATED<br>NEUROLOGICAL INJURY<br>COMPENSATION PROGRAM, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:15cv870 |



FILED
SEP 25 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Relators, through their undersigned counsel, voluntarily dismiss this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1); the United States consents to this dismissal but will file a separate notice.

Respectfully Submitted,

_____
Zachary A. Kitts
Virginia Bar # 47052
Counsel for Relators
K&G Law Group, PLLC
3554 Chain Bridge Road, Suite 100
Fairfax, Virginia 22030
Phone: 703-649-5500
Email: zkitts@kglawpllc.com

_____
E. Scott Austin
Virginia Bar # 41260
Counsel for Relators
Gentry Locke Rakes & Moore, L.P.
800 SunTrust Plaza
Roanoke, Virginia 24022
Phone: 540-983-9300
Email: saustin@gentrylocke.com

Page 1 of 2

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Voluntary Dismissal with prejudice was served on the following counsel by email or regular mail on Sept. 21, 2018:

Brian Hudak
Assistant United States Attorney
Counsel for the United States
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549
Brian.Hudak@usdoj.gov

Meghan Podolny
Virginia Bar # 75263
Counsel for Defendants
Hunton Andrews Kurth
951 East Byrd Street
Richmond, VA 23219
Phone: 804.788.8458
mpodolny@HuntonAK.com

Zachary A. Kitts
Virginia Bar # 47052
Counsel for Relators
K&G Law Group, PLLC
3554 Chain Bridge Road, Suite 100
Fairfax, Virginia 22030
Phone: 703-649-5500
Fax: 703-649-6363
Email: zkitts@kglawpllc.com